No. 838. NEW YORK CENTRAL RAILROAD CO. *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL.;

No. 918. ERIE RAILROAD CO. *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL.; and

No. 948. NEW YORK, SUSQUEHANNA & WESTERN RAILROAD CO. *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL. Appeals from the United States District Court for the District of New Jersey. In these cases probable jurisdiction is noted. The motion to strike memorandum for appellees, United States and Interstate Commerce Commission, in support of statements as to jurisdiction in No. 838 is denied. *Thomas E. Dewey* and *Gerald E. Dwyer* for appellant in No. 838. *Charles W. Hutchinson, Raymond J. Lamb* and *Frederick G. Hoffmann* for appellant in No. 918. *Joseph J. Biunno* for appellant in No. 948. *Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *Charlie H. Johns, Jr.* for the United States and the Interstate Commerce Commission, appellees in Nos. 838 and 918. *David D. Furman,* Acting Attorney General of New Jersey, and *William A. Roberts,* for the Board of Public Utility Commissioners et al., and *Milton T. Lasher,*

*Mr. Roberts* and *Edgar Turlington* for Bergen County, New Jersey, et al., appellees in No. 838. *Mr. Furman* and *Joseph P. Lordi* and *Felix G. Forlenza,* Deputy Attorneys General of New Jersey, for the Board of Public Utility Commissioners of New Jersey et al., appellees in No. 918. Reported below: No. 838, 158 F. Supp. 98; Nos. 918 and 948, 158 F. Supp. 104.